# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| WILSON EARL LOVE, | Case No. 2:20-cv-02095-KJD-EJY |
| Plaintiff, | **ORDER ADOPTING AND AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | |
| THE STATE OF NEVADA, | |
| Defendant. | |

Before the Court for consideration is the Report and Recommendation (ECF #12) containing the findings and recommendations of Magistrate Judge Elayna J. Youchah entered April 15, 2021, recommending that Plaintiff's action be dismissed with prejudice. Plaintiff did not object. The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation containing the findings and recommendations of Magistrate Judge Youchah, entered April 15, 2021, should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF #12) is **ADOPTED** and **AFFIRMED** and the action is dismissed with prejudice.

IT IS FURTHER ORDERED that Plaintiff's Motion to Amend (ECF #11) is **DENIED**.

IT IS FINALLY ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendant and against Plaintiff.

Dated this 4th day of May, 2021.

_____
Kent J. Dawson
United States District Judge